FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS
11/30/2022 05:28 PM
CV 2022 11 1987

## IN THE COMMON PLEAS COURT OF BUTLER COUNTY, OHIO
## CIVIL DIVISION

**Darren Riley** : CASE NO.:_____
3478 Carol Ann Lane
Middletown, OH 45044 : JUDGE: _____

     Plaintiff, :

     vs. : **COMPLAINT FOR PERSONAL**
                                                    **INJURY WITH JURY DEMAND**
                                                    **ENDORSED HEREIN**
                                                    :

**Home Depot U.S.A., Inc.**
**d/b/a/ Home Depot**
c/o Corporation Service Company :
50 W. Broad Street, Suite 1330
Columbus, OH 43215 :

     Defendant. :

---

## FIRST CLAIM FOR RELIEF

     1.     Defendant, Home Depot U.S.A., Inc.. d/b/a Home Depot (hereinafter "Defendant Home Depot") owns and operates a Home Depot distribution center, located at 115 Enterprise Drive Hamilton, OH 45015.

     2.     Plaintiff Darren Riley (hereinafter "Plaintiff") was lawfully on the premises of Defendant Home Depot while in the course and scope of his employment as a truck driver with Cohen Recycling.

     3.     Plaintiff had been picking up a load of scrap appliances from Defendant Home Depot's distribution center, at 115 Enterprise Dr., whilst in the course and scope of his employment with Cohen Recycling.

     4.     Plaintiff had been driving a 38-foot Peterbilt truck to load and drop off the scrap box, during the course and scope of his employment, to the Cohen yard in Hamilton.

     5.     The metal bars on the box of scrap had been bent, due to being negligently overfilled by Defendant Home Depot's employees, an occurrence that Defendant was made aware of by Cohen prior to the incident, and failed to correct.



6. While Plaintiff was unloading the scrap box at the Cohen yard in Hamilton, due to the force of the contents of the negligently overloaded scrap box, the contents of said box exploded, throwing Plaintiff backwards and causing substantial injury.

7. Defendant Home Depot and its employees had a duty to operate its distribution centers and other facilities in a reasonably safe manner, to inspect its facilities in a manner designed to discover dangerous and hazardous conditions, and to provide a warning to the employees or contractors regarding the existence of dangerous and hazardous conditions.

8. Defendant Home Depot's employees and/or agents have a duty to complete work assigned to them in a reasonably safe manner and to exercise reasonable care when completing work so as to not cause injury to other employees or contractors on its property.

9. At all relevant times herein, Defendant Home Depot's employees and/or agents were acting within the course and scope of their employment and/or agency with Defendant Home Depot, thereby holding Defendant Home Depot vicariously liable for Plaintiff's injuries.

10. Defendant Home Depot was negligent in that it failed to conduct any regular inspection of its distribution center, thereby failing to discover and remedy the defective condition which presented a hazard to its employees or contractors, generally, and Plaintiff, specifically.

11. As the proximate result of the negligence and liability of Defendant Home Depot, Plaintiff sustained injuries and damages as follows:

   a. Severe and permanent injuries, including a twisted hip and spinal injuries that will require a spinal fusion surgery at L5-S1 in the future;

   b. Great pain and suffering, both physical and emotional, and loss of ability to perform usual functions and the injuries will cause further pain and suffering and loss of ability to perform usual functions in the future;

   c. Reasonable and necessary medical expenses in excess of $37,441.20+, as well as further medical expenses to be incurred in the future;

   d. Loss of wages and earnings in an amount to be determined, for time since the accident Plaintiff missed as a result of his injuries, as well as further loss of wages and earnings in the future;

   e. Miscellaneous out of pocket expenses in an amount yet to be determined.

12. The aforesaid negligence of Defendant Home Depot and/or its agents and/or employees was the direct and proximate cause of the injuries and damages to Plaintiff.

**WHEREFORE**, Plaintiff, Darren Riley, demands judgment against the Defendant, Home Depot, U.S.A., Inc. d/b/a "Home Depot", in an amount in excess of $25,000.00, plus any additional relief Plaintiff is or shall be entitled.

Respectfully submitted,

DYER, GAROFALO, MANN & SCHULTZ

<u>/s/Kenneth J. Ignozzi, Esq.</u>
Kenneth J. Ignozzi, Esq.. (0055431)
Attorney for Plaintiff
131 North Ludlow Street
Suite 1400
Dayton, Ohio  45402
Telephone: (937) 223-8888
Facsimile: (937) 824-8630
Email: <u>kignozzi@dgmslaw.com</u>

## **JURY DEMAND**

Now comes Plaintiff, by and through counsel, and hereby demands a trial by jury on all issues of this matter.

Respectfully submitted,

DYER, GAROFALO, MANN & SCHULTZ

<u>/s/Kenneth J. Ignozzi, Esq.</u>
Kenneth J. Ignozzi, Esq.. (0055431)
Attorney for Plaintiff
131 North Ludlow Street
Suite 1400
Dayton, Ohio  45402
Telephone: (937) 223-8888
Facsimile: (937) 824-8630
Email: <u>kignozzi@dgmslaw.com</u>